**SO ORDERED.**
**SIGNED this 20th day of February, 2026**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**



Suzanne H. Bauknight
**CHIEF UNITED STATES BANKRUPTCY JUDGE**

_____

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## EASTERN DISTRICT OF TENNESSEE

In re

                                    Case No. 3:25-bk-30987-SHB

JESSICA NICOLE RAY                              Chapter 7
fka JESSICA NICOLE HODGES

                    Debtors

## O R D E R

A status hearing was held February 19, 2026, on the Order entered by the Court on February 2, 2026 [Doc. 31], after payment of the $38.00 balance of the filing fee by Clark & Washington in this case more than two months after the 180-day deadline to pay the filing fee imposed by Federal Rule of Bankruptcy Procedure 1006(b)(2). At the hearing, Debtor's counsel acknowledged that Debtor timely paid the $38.00 filing fee balance to Clark & Washington, but due to a clerical error in his office, the balance was not timely paid to the Clerk's office. Debtor's counsel also stated that Clark & Washington intended to fully repay to Debtor all attorneys' fees and the filing fee and to represent her pro bono if she desires to file a case once this case concludes. Additionally, the Trustee advised that administration of this case should be complete in approximately six months.

For the reasons stated on the record at the hearing, based on the representations of Debtor's

counsel and the Chapter 7 Trustee, the Court directs the following:

1. No later than March 6, 2026, Clark & Washington shall disgorge and fully refund to Debtor the $1,250.00 paid to the firm for its representation of Debtor in this bankruptcy case, together with the $338.00 filing fee.

2. No later than March 9, 2026, Debtor's counsel shall file a certification (that fully complies with the requirements of E.D. Tenn. LBR 5005-4(h)(2)) that it has paid the $1,633.00 required by paragraph 1 of this Order.

3. If Debtor desires to file another case once this case concludes, Clark & Washington must represent her in such case without charge and must pay her filing fee in any such second case.

###